| | AUSA: | Ann Nee | Telephone: | (313) 226-9100 |
|---|---|---|---|---|
| | Special Agent: | Erin Herrgott | Telephone: | (313) 226-0500 |

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

### Eastern District of Michigan

United States of America
   v.

Shahzad Hameedi

Case: **2:25−mj−30560**
Assigned To : **Unassigned**
Assign. Date : **9/5/2025**

*20*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____June, 2025_____ in the county of _____Wayne_____ in the _____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1201(a)(1), (d), and (g) | Attempted Kidnapping of a Minor. |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Erin Herrgott, Special Agent-HSI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____September 5, 2025_____

_____
*Judge's signature*

City and state:  Detroit, Michigan

Hon. Kimberly G. Altman, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR CRIMINAL COMPLAINT AND ARREST WARRANT

I, Erin Herrgott, being first duly sworn, state as follows:

1.      I am a Special Agent with Homeland Security Investigations (HSI), of the United States Department of Homeland Security (DHS).  I have been employed as a Special Agent for HSI since August 2020.  I successfully completed the Criminal Investigator Training Program (CITP) and the HSI Special Agent Training (HSISAT) at the Federal Law Enforcement Training Center (FLETC) in Glynco, GA.  Prior to joining HSI, I was a Border Patrol Agent (BPA) with the United States Border Patrol (USBP) in Eagle Pass, Texas.  Additionally, I have received a bachelor's degree in criminal justice from Madonna University.  While employed at HSI, I have investigated federal criminal violations including related to human trafficking, sex trafficking, child exploitation, child pornography, and offenses involving alleged kidnapping.

2.      This affidavit is made in support of an application for a criminal complaint and arrest warrant for Shahzad HAMEEDI (DOB XX/XX/1978), a.k.a. Sheraz Hameed, for violating 18 U.S.C. § 1201(a)(1), (d), and (g) (Attempted Kidnapping of a Minor) in and around June 2025.

3.      The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information made available to me by other law enforcement professionals.  These facts are provided for the sole purpose

1

of establishing probable cause for the issuance of a criminal complaint and arrest warrant; therefore, this affidavit does not contain all information known to law enforcement related to this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for an arrest warrant for HAMEEDI.

## I. INTRODUCTION

4.      Based on the facts set forth in this affidavit, there is probable cause to believe that, in or around June 2025, HAMEEDI attempted to kidnap the minor son (MV-1) of a woman that HAMEEDI met on an online dating application (AV-1).

## II. PROBABLE CAUSE

### *HAMEEDI meets AV-1*

5.      In or around February 2025, HAMEEDI met AV-1 through an online dating application. At the time, HAMEEDI was living in the Eastern District of Michigan, and AV-1 was living in Windsor, Ontario, Canada. HAMEEDI used a different name, Sheraz Hameed, and a different date of birth, 1989, in his interactions with AV-1. During their conversations, AV-1 told HAMEEDI that she was a single mother with a child (MV-1). On or about March 10, 2025, HAMEEDI travelled from Michigan to Windsor to meet AV-1 in person for the first time. AV-1 and HAMEEDI continued to meet in person in March and April 2025. They also communicated online.

*HAMEEDI Expresses Interest in Meeting
and Obtaining Custody of MV-1*

6.      HAMEEDI told AV-1 of his interest in meeting and spending time with MV-1, and AV-1 eventually allowed HAMEEDI to meet MV-1 in Windsor. HAMEEDI brought gifts for MV-1 and eventually, AV-1 also allowed HAMEEDI and MV-1 to spend time alone together.

7.      During their online communications, HAMEEDI often spoke about his interest in MV-1, his desire to have custody of MV-1, and his desire to rename MV-1 "Sherzad". He also talked about his views on getting MV-1 to obey him and on disciplining MV-1.

8.      For instance, HAMEEDI sent the below communications to AV-1:

**April 18, 2025:**   Is MV-1 sleeping? I am just beginning to adore him and would love to just see him if he's asleep.

**April 19, 2025:**   Should I come up and play with him [MV-1]? Let's see how he will react lol hahahah […] I just love his voice.

**April 20, 2025:**   How is MV-1 doing? Did he say anything once I left? […] If I want him to treat me as his father, I will have to treat him like a son. That's why I gave him a kiss before I left.

**April 22, 2025:**   There will come a point that he [MV-1] won't really feel hurt by spanking and then he won't give it any value. Yelling on the other hand can be effective if the tone is right. I think its more about making the kid believe that their actions will jeopardize something of value to them. Like your protection of them, or your attention towards them, or your time with them, etc. It doesn't have to really diminish but

3

as long as they can understand that whatever they hold dearly is being lost they will comply.

[…] Would it upset you if I were to yell or spank MV-1?

[…] I wanted to try a few things with him. […] The other thing is I want to see how he acts if I take him shopping by myself or see how he will react if you leave him alone with me.

[…] I wonder how he will react if we were to tell him that I'm his father.

April 23, 2025:   […] I would love to have a son regardless of how it turns out between us. I mean I am hopeful that we will turn out well together but regardless of that I would love to have MV-1 in my life as a child. I've been thinking about this all day today since you put it in my head last night lol hahaha

[…] He'll [MV-1] have to be raised Muslim, I'll have to give him a Muslim name and a last name as well.

[…] I think I will rename him Shezad or Sherzad.

[…] Is he up?

[…] Can I see him? Can I see my little baby?

April 24, 2025:   Good morning […] how is Sherzad Hameed doing?

April 24, 2025:   […] It was a pleasure to spend time with Sherzad.

[…] Give Sherzad, my love!!

[…] I personally think that you should give me sole custody of Sherzad, so that I can invest my personal time and energy in making him successful by learning how to read, write, and communicate . . .

4

9.     AV-1 then informed HAMEEDI that she had received notice that her Canadian work visa had been renewed, and that she was therefore going to book a flight to China for MV-1 and herself, to leave by early July at the latest. In response, HAMEEDI said:

> **April 24, 2025:**  […] I have an idea, instead of taking Sherzad to China for the summer why don't you leave him here with me

10.     On approximately two occasions when HAMEEDI was permitted to be alone with MV-1, HAMEEDI brought MV-1 home with minor scratches and bruises for which HAMEEDI provided explanations. MV-1, however, started to become reluctant to see HAMEEDI, so AV-1 limited their interactions. Upset that AV-1 limited his exposure to MV-1, HAMEEDI would sometimes leave AV-1's residence to return to the United States when AV-1 did not allow him to spend time with MV-1.

11.     AV-1 continued to speak with HAMEEDI through June 2025; however, AV-1 did not agree to meet with HAMEEDI during at least the first half of June 2025. During their interactions in this period, AV-1 told HAMEEDI she would not allow him to meet with MV-1 alone.

*June 14, 2025 Attempted Home Invasion*
*and June 22, 2025 Home Invasion at AV-1's Residence*

12.     After AV-1 stopped agreeing to meet HAMEEDI in person or allowing him to be with MV-1, on June 14, 2025, AV-1's neighbor reported seeing

a suspicious person in the area of AV-1's garage and attempting to open her basement window.

13.    AV-1 told HAMEEDI about the incident. In response, HAMEEDI offered to spend the night with AV-1 and MV-1 to protect them. AV-1 declined HAMEEDI's offer.

14.    Approximately one week later, on June 22, 2025, Windsor Police Service (WPS) responded to a report of a home invasion at AV-1's house. WPS Officers reported observing blood around AV-1's mouth and marks around her neck consistent with strangulation. AV-1 stated that while she was sleeping, an unknown assailant came into her home, put their hands over her mouth and begun to strangle her. AV-1 stated that the assailant was wearing a black ski mask which AV-1 was able to remove during the struggle; however, AV-1 never saw the assailant's face.

15.    The assailant then fled the scene leaving behind the ski mask, a black hat, and a handheld taser. WPS determined that the hat was of a brand sold by Target, a business with stores located in the United States. Additionally, the taser was determined to be of a brand that can be purchased within the United States, but not within Canada.

16.    Following the June 22, 2025 home invasion and assault, AV-1 allowed WPS to install surveillance cameras at her home. AV-1 also agreed to accept HAMEEDI's offer to spend the night at her house.

17. HAMEEDI spent the night at AV-1's house on June 23, 2025, and returned to Michigan on the morning of June 24, 2025

### *June 24, 2025 Assault on MV-1*

18. On the evening of June 24, 2025, HAMEEDI traveled from the United States to AV-1's home in Windsor, arriving around 8:30 p.m. HAMEEDI then asked to spend time alone with MV-1. Audio recordings of conversations between AV-1 and MV-1 were captured by the devices installed by WPS.

19. At around 8:30 p.m. on June 24, 2025, after MV-1 had gone to bed, HAMEEDI can be heard in an audio recording apparently entering MV-1's bedroom. HAMEEDI stated that he wanted to take MV-1 for a ride around the neighborhood in his car. AV-1 told HAMEEDI it was too late, and the child was ready for bed. HAMEEDI raised his voice and stated, "It's okay. It's not even nine. Come on. I planned everything." HAMEEDI persisted, "It's okay. I'm trying to bond with him. Just give me a few short minutes. I'll just take him for a short ride and come back. He needs to learn how to be with me too, okay." After AV-1 asked where they are going, HAMEEDI continued to state in a raised voice, "Just around the block on the car. So he can enjoy himself and I can spend time with him." When MV-1 tried to speak to AV-1 in Chinese, HAMEEDI told MV-1 in a raised voice to stop. HAMEEDI also told AV-1 not to come with them.

20. HAMEEDI then left AV-1's house with MV-1. HAMEEDI and MV-1 returned to AV-1's house at approximately 9:15 p.m.

21.    AV-1 stated that MV-1 had no visible injuries prior to leaving the residence with HAMEEDI. Upon their return to the house, AV-1 observed two large bruises on MV-1's forehead, and MV-1 was crying. As captured by the audio recording devices, HAMEEDI claimed that MV-1 was stung by a bee, and told AV-1 not to call 911. HAMEEDI then left the house around 9:27 p.m.

22.    After HAMEEDI left, AV-1 asked MV-1 what happened. MV-1 disclosed that HAMEEDI hit him in the head and stomach. Subsequently, MV-1 complained of pain in his abdominal and genital areas, and AV-1 reported that when MV-1 tried to urinate, blood came out. AV-1 then called emergency services to report the assault.

23.    Emergency medical services personnel reported that MV-1 was complaining of abdominal and genital pain, after the child had visited with an older family friend. The older family friend was later identified by AV-1 as HAMEEDI. MV-1 was taken to the hospital for treatment relating to multiple bruises or contusions from the suspected assault, including on MV-1's face, head, lower abdomen, penis, and inner thigh, as well as for concern of possible trauma to internal organs.

*HAMEEDI's Location in Canada on June 14, 2025,*
*June 22, 2025, and June 24, 2025*

24.    Agents obtained United States-Canada border crossing information from U.S. Customs and Border Patrol showing that HAMEEDI crossed the border from the United States to Canada, and from Canada to the United States, on June

8

24, 2025, at times consistent with the apparent assault of MV-1. Data obtained from AV-1's home modem also show that HAMEEDI's three cellular phones, including a Google Pixel cell phone, connected to AV-1's home modem on June 24, 2025 at approximate times consistent with his presence at the home.

25.    U.S. Customs and Border Patrol did not locate records of HAMEEDI formally crossing the United States-Canada border on June 14, 2025, or June 22, 2025. However, AV-1's modem data showed that HAMEEDI's Google Pixel cell phone connected to AV-1's modem between approximately 7:12-7:24 p.m. on June 14, 2025, which was around the time that the prowler was reported around AV-1's home on that date, and between approximately 2:48-2:55 a.m. on June 22, 2025, which was around the time the home invasion occurred on that date.

26.    Furthermore, agents obtained license plate reader information from June 22, 2025, which showed that HAMEEDI's rental car was at a location near the Detroit River after midnight. This area of the Detroit River is in proximity to a location on the Canadian side of the river that was later identified in a "Path" note on HAMEEDI's Google Pixel cell phone (see ¶ 34).

27.    WPS Officers also obtained video surveillance from a location near the route set out in HAMEEDI's "Path" note. The video shows that, around 2:34 a.m. an individual can be seen bicycling past while wearing what appears to be a light-colored backpack that is of similar general size to a Geckobrands backpack later found in HAMEEDI's home (see ¶ 35).

28.     Video surveillance from AV-1's street also shows an individual who appears to be wearing a backpack bicycling down AV-1's street and slowing down near AV-1's home at approximately 2:47 a.m. This time is consistent with the approximate time when HAMEEDI's cell phone connected to AV-1's modem.

29.     Video surveillance also shows a bicyclist who appears to be wearing a backpack and cycling in the opposite direction at approximately 2:54 a.m. This time is consistent with the approximately time when HAMEEDI's cell phone disconnected from AV-1's modem.

*HAMEEDI's Arrest and the Search of His Home and Electronic Devices*

30.     On June 27, 2025, U.S. Marshals (USMS) arrested HAMEEDI on a Canadian provisional arrest warrant relating to the assault on MV-1. USMS also seized HAMEEDI's three cell phones. A United States federal search warrant was obtained for HAMEEDI's residence and cell phones on the same date.

31.     Pursuant to the search warrant, agents conducted a manual review of one of HAMEEDI's cellular phones, a black Google Pixel 3a cell phone. Within the OneNote application on the device, agents observed a note titled "Fishing". The note shows an associated date of June 6, 2025. The first section is titled "Operation," and specifies the address for MV-1 and AV-1 in Windsor, Canada. Under the next section, "New Stuff," multiple items are listed under several categories, with some items having a red check mark next to them, in the manner

of completed items on a to-do list, or purchased items on a shopping list. Below are

images of the note observed on the device.

Image One                              Image Two



Image Three                 Image Four



32.    The list included a section labeled "Sherzad," the name that HAMEEDI used for MV-1, as described above. This section included items such as a "Toddler Backpack" as well as a life vest. The list also included a section labeled "Sheraz", which was HAMEEDI's alias, and included items such as a men's balaclava, and another life vest.

33.    The list referred to items that HAMEEDI apparently obtained, including a stun gun, a glass cutter, a suction cup, long heavy-duty zip ties, NyQuil medication, a funnel, gloves, and long towels and large duffle bags. Based on my

12

training and experience, and that of other law enforcement, these are items that can be consistent with attempted kidnapping and home invasion. The list also included other items associated with kayaking and biking, which, as described above and below, were likely means of transportation that HAMEEDI used to surreptitiously cross the border between the United States and Canada and to carry out the offenses under investigation.

34.     Within the same OneNote application on HAMEEDI's Google Pixel cell phone, agents located a separate note titled "Path," as referenced above. This note had an associated date of June 14, 2025, the same date as when the suspicious person was observed around AV-1's home. The note contains a series of screenshot images. The images appeared to depict a path of travel from a location on the Canadian bank of the Detroit River to the victims' neighborhood in Windsor, Canada.

35.     During the search of HAMEEDI's home on June 27, 2025, agents recovered a gray "Geckobrands" backpack, which was the same brand of backpack specified in the list on HAMEEDI's cell phone. The backpack was found on a table in what appeared to be HAMEEDI's home office. The backpack was surrounded by plastic bags filled with zip ties, a roll of duct tape, a black mask, purple rubber gloves, a plastic bag containing "NyQuil Severe Cold & Flu" medication and a red funnel. Most of these items were also included on HAMEEDI's list of items obtained for his "Operation."

13

36.     Within the gray backpack, agents recovered a black jacket, plastic wrap, and a typed, laminated note which appeared consistent with a ransom demand, and read as follows:

> **Our intentions are NOT Destructive or Harmful!** We are only **INTERESTED** in your **MONEY**. Our demands are:
>
>   1. **$3,500,000.00 unmarked Canadian Dollars.**
>
>   2. **DO NOT INVOLVE ANY LAW ENFORCEMENT OF ANY TYPE!**
>
>   3. We will provide you with the drop-off instructions soon.
>
> We are watching you and will know if **Law Enforcement** is involved. It is **Very Important** that you **DO NOT INVOLVE** any sort of **Governmental Agency** or **Services**. Doing so will jeopardize and escalate the situation resulting in an **UNFAVORABLE OUTCOME**. You are intelligent enough to understand what will happen if you do.

37.     Based on my training and experience, and that of other law enforcement, as well as my familiarity with this investigation, this note is consistent with a ransom demand associated with a kidnapping.

38.     Within the same home office, agents discovered another laminated note dated June 13, 2025, which was the day before the June 14 incident that involved a suspicious person at AV-1's home. The note was typed, with the exception of the name at the bottom of the letter and the postscript, which were hand-written in blue ink. The child mentioned in the note is believed to be MV-1 based on the provided birth date and location references, which are consistent with

14

information given by AV-1, and on the signature using AV-1's nickname. This

note read as follows:

> To whom it may concern,
>
> It breaks my heart to abandon my child!  He was born in [redacted references to date and location]. I do not want to mention exactly when and where because I do not want to be found as I am ashamed to be abandoning my son. His father is a US citizen with Chinese heritage, but will not accept him because he is our illegitimate child, born out of wedlock. After his father did not accept him, I came to Michigan to start a new life for myself and him. However, this did not work out either and my immigration status is now illegal and I *MUST* leave the US. My Son will not be accepted in China since he is a US citizen and due to his illegitimate status the social stigma will not work well in his favor there!
>
> It breaks my heart to abandon him, but whoever finds him, kindly accept him as your own child and he will be very loyal to you!  He is a good kid and only requires a safe place and stability which I cannot provide him here or in China. I would like the *First Person* who finds him to be his *Legal Parents*. Whoever he calls and accepts as his **"Dad"** is my desire that he stays with that family regardless of their social status. His dad has not been in his life since his birth, and he just yearns a **Good Father** and a **Family**. He does not easily gets close to people so if he calls you **"Dad"** that implies that he has accepted you as his **Father**!  I sincerely hope, that his biological father rots in hell because of abandoning us!
>
> It again saddens me that I am unable to provide these minimum requirements for him, but I am positive that he will be someone great one day! I already regret abandoning him but I am unable to take him back to China as I have explained above.
>
> Thank you for taking care of my boy!  Please love him like he is your own and I promise you that he will be *Loyal* to you like no one else. Do tell him that I was regretful to abandon him, but it was the only choice I had at that time. Please do tell him someday that regardless of the circumstances, I do still love him

and he is a part of my heart and soul. I will always remember him as I am leaving my soul with him. I am so sorry my dear boy!

Yours,
[Nickname for AV-1, handwritten in blue ink and underlined]
P.S. that is my nickname. [handwritten in blue ink]

39.    Based on my training and experience, as well as my familiarity with this investigation, it is likely that HAMEEDI wrote this letter posing as AV-1 abandoning MV-1. The letter parallels some of AV-1 and MV-1's circumstances, such as that MV-1 was born to parents of Chinese heritage, but it also includes false information regarding AV-1's purported motivation to abandon MV-1, such as AV-1's purported illegal immigration status and purported inability to take MV-1 with her to China. The letter also reflects HAMEEDI's desire to have MV-1 call him "Dad", as described below (see ¶ 40).

*HAMEEDI's Internet Search History*

40.    Information obtained from HAMEEDI's cellular phones corroborates HAMEEDI's strong interest in MV-1, and his persistent efforts for MV-1 to refer to HAMEEDI as MV-1's father. For instance, on HAMEEDI's Samsung Galaxy S20 cellular phone, law enforcement viewed numerous instances in which HAMEEDI used Google Translate to translate phrases from English to Chinese in order to communicate with MV-1. These included the following examples of queries made by HAMEEDI:

**April 24, 2025**:  Never stop good job, MV-1

Your new name is Sherzad

Do you like your new name?

**April 29, 2025**:  I'm your Dad

You're my son

**May 1, 2025**:  why are you so cute

Don't be shy I'm your dad

can I be your dad

But I'm your dad

why don't you want me to be your dad

I'm your dad.

Who am I?

I'm your dad

You have a small penis

You need to be circumcised

I'm going to circumcise you

**May 8, 2025**:  I'm your dad.

41.    On the same Samsung Galaxy S20 cell phone, HAMEEDI created a secure, password-protected folder named "Sherzad", which contained approximately 37 images of MV-1. This included an image depicting the bare buttocks, anus, and bruised back of a child, who was identified by law enforcement as MV-1. In another image, which originally depicted MV-1 and AV-1 seated

17

together, HAMEEDI appeared to have cropped the photograph to remove AV-1 and saved a copy of the image to his secure folder with only MV-1 visible.

42. Agents also found relevant internet history on HAMEEDI's Google Pixel cell phone relating to an attempt to kidnap MV-1. For instance, on June 7, 2025, the day after the date associated with his "Operation" note, HAMEEDI made multiple searches including regarding tranquilizer shots, non-prescription tranquilizers, obtaining nitrous oxide, whether Benadryl can be sprayed or injected, and strong over the counter sedation medicine in Canada.

43. On June 14, 2025, the same date as the suspicious prowler at AV-1's home, HAMEEDI searched for items such as "full wet suit for men nearby". Also, during the same time period that HAMEEDI's Google Pixel cell phone was connected to AV-1's modem on June 14, 2025, HAMEEDI's internet cache showed that he appeared to have accessed an image depicting two Canadian children who were reported missing in May 2025.

44. In addition, agents observed records of additional web searches on HAMEEDI's Samsung Galaxy S20 cell phone, which were dated after the June 24, 2025 assault on MV-1. These included web history dated on or around June 25, 2025, regarding tranquilizer guns and darts, and on or around June 26, 2025, including "how to check if I have an arrest warrant out there in Windsor Ontario Canada," "arrest warrant search in windsor ontario canada", "Sheraz Hameed Windsor Ontario Canada", and "how to report suspected child trafficking."

18

## III. CONCLUSION

45.     Based on the information above, there is probable cause to believe that HAMEEDI violated 18 U.S.C. § 1201(a)(1), (d), and (g) (Attempted Kidnapping of a Minor).

46.     Wherefore by this affidavit and application, I request that the Court authorize the issuance of a criminal complaint and arrest warrant for HAMEEDI.

Respectfully submitted,

Erin Herrgott, Special Agent
Homeland Security Investigations

Sworn to before me and signed in my presence
And/or by reliable electronic means.

Hon. Kimberly G. Altman
United States Magistrate Judge

Date:     September 5, 2025